IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAWN COSTA, individually and on behalf of a class of persons and entities similarly situated, | : | |
| | : | Case No. 1:21-cv-11501 |
| | : | Magistrate Judge Judith G. Dein |
| Plaintiff, | : | |
| vs. | : | |
| DVINCI ENERGY, Inc., | : | |
| Defendant. | : | |
| | : | |

## JOINT MOTION TO STAY CASE PENDING MEDIATION

By and through its counsel of record, Defendant Dvinci Energy, Inc. ("Dvinci"), with consent of counsel for Plaintiff Dawn Costa, hereby submits this Joint Motion to Stay this case pending the parties' agreement to participate in a private Mediation to be presided over by Judge David E. Jones. The parties have scheduled the Mediation to occur on November 28, 2022.

The parties believe good cause exists for a brief stay of the case pending Mediation. Based on the parties' good faith discussions about the possibility of settlement, the parties believe the Mediation may result in a settlement of this case, negating the need for the Court to resolve the currently contemplated summary judgment motion.

        Respectfully submitted:

        */s/ Lisa A. Messner*
        Lisa A. Messner (*Admitted Pro Hac Vice*)
        Mac Murray & Shuster LLP
        6525 West Campus Oval, Suite 210
        New Albany, Ohio 43054
        Telephone: (614) 939-9955, Fax: (614) 939-9954
        E-mail: lmessner@mslawgroup.com

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on this 24th day of October, 2022, the foregoing document was filed through the Court's ECF system, which will send notice to all counsel of record in this matter.

        */s/ Lisa A. Messner*
        Lisa A. Messner (*Admitted Pro Hac Vice*)