## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAWN COSTA on behalf of herself and others similarly situated, | : : : | |
| Plaintiff, | : : | Case No. 1:21-cv-11501-JGD |
| v. | : : : | |
| DVINCI ENERGY, INC., | : : | |
| Defendants. | : : / | |

### NOTICE OF SETTLEMENT

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file a stipulation of dismissal within thirty days.

/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

COUNSEL FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on this December 3, 2022 on all counsel of record via the Court's CM/ECF system.

/s/ Anthony I. Paronich
Anthony I. Paronich