UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAWN COSTA on behalf of herself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) ) | NO. 21-11501-JGD |
| DVINCI ENERGY, INC., | ) ) | |
| Defendant. | ) | |

## SETTLEMENT ORDER OF DISMISSAL

DEIN, U.S.M.J.

The Court having been advised on December 3, 2022, that the above-entitled action has been settled;

IT IS ORDERED that this action be and hereby is dismissed with prejudice.

BY THE COURT,

/ s / Katherine Thomson
By: Deputy Clerk

DATED: January 24, 2023